IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Servis One, Inc., et al., | : | CIVIL ACTION |
| | : | NO. 20-4661 |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| OKS Group, LLC, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this **24th** day of **March, 2021**, after considering Defendants' Motion to Dismiss (ECF No. 15), Plaintiffs' Response in Opposition (ECF No. 17), and Defendants' Reply (ECF No. 18), and after a hearing on the record on March 23, 2021, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 15) is **DENIED in part and GRANTED in part**. For the reasons stated in the accompanying memorandum, the Motion to Dismiss is denied in full with the exception of Count III, which will be dismissed without prejudice. Plaintiffs may file an amended complaint by **April 7, 2021**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**