IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERVIS ONE, INC, et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | **No.: 20-cv-4661** |
| | : | |
| **OKS GROUP INTERNATIONAL PVT. LTD., et al.,** | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 13TH day of December, 2021, upon consideration of Defendants' Motion to Compel Discovery Relevant to Plaintiffs' Claim that They Relied on Defendants' Alleged Misrepresentations (ECF No. 42), Plaintiffs' response in opposition (ECF No. 50-1), Defendants' reply in support (ECF No. 52) and Plaintiffs' sur-reply in opposition (ECF No. 56), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge