IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERVIS ONE, INC, et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | **No.: 20-cv-4661** |
| | : | |
| **OKS GROUP INTERNATIONAL PVT. LTD., et al.,** | : | |
| | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this __28TH__ day of February, 2022, upon consideration of Defendants' Motion to Exceed Seven Hours of Deposition Testimony for Nonparty Witness Kelly Bonner and to Enforce Deposition Subpoena for Nonparty Witness Brian Slipakoff (ECF No. 65) and nonparty Duane Morris LLP's response in opposition (ECF No. 70), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED IN PART** and **DENIED IN PART.**

**IT IS FURTHER ORDERED** that:

1. Within fourteen (14) days of the date of this Order, Duane Morris shall produce: (1) Kelly Bonner, Esquire, for a three-hour deposition and (2) Brian Slipakoff, Esquire, for a three-hour deposition limited to the period beginning in late June of 2020, with each deposition to be split equally between Plaintiffs and Defendants.

2. Defendants' motion is otherwise **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge