IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERVIS ONE, INC., et al. | : | CIVIL ACTION |
| | : | NO. 20-4661 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| OKS GROUP, LLC et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **4th** day of **May, 2022**, upon consideration of Defendant's Objections to Magistrate Judge Sitarski's Memorandum and Order (ECF No. 80), and all responses thereto, it is hereby **ORDERED** that the objections are **OVERRULED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**