**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, INC., ENTRA SOLUTIONS PVT., LTD. and GAGAN SHARMA,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **OKS GROUP, LLC, OKS GROUP INTERNATIONAL PVT. LTD., and VINIT KHANNA,** <br><br> **Defendants.** | : : : : : : : : : : : : : : : | **Civil Action No. 20-4661** |
| **AXTRIA, INC. and JASWINDER CHADHA** <br><br> **Plaintiffs,** <br><br> v. <br><br> **OKS GROUP, LLC, OKS GROUP INTERNATIONAL PVT. LTD., and VINIT KHANNA,** <br><br> **Defendants.** | : : : : : : : : : : : : : : : : : | **Civil Action No. 20-6424** |

## STATUS REPORT

The defendants in the above-captioned actions—OKS Group, LLC, OKS Group

International PVT. LTD., and Vinit Khanna ("OKS")—submit this status report pursuant to the

Court's orders in both actions.[1] The plaintiffs in the first action (filed on September 23, 2020) are

---

[1]     OKS's counsel shared a draft of this report last night with counsel for BSI and Axtria. BSI's counsel objected to the inclusion of a short background section, so that has been omitted.

Servis One, Inc., d/b/a BSI Financial Services, Inc., Entra Solutions PVT. LTD., and Gagan Sharma (collectively, "BSI"). The plaintiff in the second action (filed on December 22, 2020) is Axtria, Inc.

**Status of the BSI Action.** On August 19, 2022, Judge Robreno denied the parties' cross motions for summary judgment. ECF 115. On April 21, 2023, the Court granted BSI's motion for a determination of Indian law. ECF 127.

On April 21, 2023, Judge Robreno issued an order requiring the parties to submit pretrial materials for trial in the trial pool that began on June 7, 2023. ECF 128. The parties submitted pretrial memoranda, witness lists, exhibit lists, proposed jury instructions, and motion in limine. ECF 139 and 146.

On June 1, 2023, the Court held a pretrial conference and heard argument on the motions in limine. On June 12, 2023, Judge Robreno issued an order ruling on the motions in limine. ECF 162. On June 21, 2023, in response to a request made by Judge Robreno and his Deputy Clerk at the close of the June 1 hearing (asking the parties to coordinate and submit proposed trial date(s)), the parties jointly wrote to the Court suggesting November 9-21, 2023, as the dates for trial. ECF 163. On June 26, 2023, BSI filed a motion for reconsideration of the Court's ruling on the motion in limine with respect to plaintiff's expert witness on Indian law, Prof. V. Khanna. ECF 164. BSI will be filing a motion for leave to file a reply brief on the pending motion no later than August 4, 2023.

**Status of the Axtria Action.** There is no current scheduling order in place in this action. The parties have conducted some but have not yet completed discovery nor have they filed any

---

BSI's comments on the status report have been incorporated. Axtria has not yet commented on the below status report for the Axtria case.

motions for summary judgment. There has been no activity in the case since Plaintiff deposed OKS witnesses Vinit Khanna and Diya Kapur on June 6, 2022.

OKS has outstanding requests for the deposition of Axtria principal Jaswinder Chadha; Axtria's corporate designee; Axtria's counsel John Ridley, who was a percipient witness to alleged oral statements by OKS; and any witnesses for Axtria on damages not encompassed by the other witnesses.

Axtria has an outstanding request to depose former Duane Morris partner Steven Friedman. Axtria also asked for the depositions by Zoom of OKS's Indian counsel Aditya Wadhwa and Sougat Mishra about the filing of the petition in India on March 11, 2020. Subsequently, those witnesses were deposed for over 20 hours total on that subject on the BSI action. Axtria's counsel was invited to attend the depositions and it has also received copies of the transcripts, so it is unknown if Axtria still needs or wants to depose those witnesses.

Respectfully submitted,

**STEVE HARVEY LAW LLC**

By: /s/ Stephen G. Harvey
Stephen G. Harvey
Michael E. Gehring
E. Kelly Conway
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19013
(215) 438-6600
steve@steveharveylaw.com
mike@steveharveylaw.com
kelly@steveharveylaw.com

*Attorneys for Defendants OKS, Group, LLC, OKS Group International PVT Ltd., and Vinit Khanna*

Dated: August 3, 2023