IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, INC, BSI FINANCIAL HOLDINGS, INC., ENTRA SOLUTIONS PVT. LTD., and GAGAN SHARMA | : CIVIL ACTION :  :  :  :  : |
| v. | : : NO. 20-4661 |
| OKS GROUP, LLC, OKS GROUP INTERNATIONAL PVT. LTD., and VINIT KHANNA | :  :  : |

## ORDER

**AND NOW**, this 27th day of December 2023, upon considering the parties' post trial filings (ECF Nos. 207–212) following our non-jury trial on Plaintiffs' claims arising under their theory of an enforceable March 10, 2020 settlement agreement (ECF No. 176), having evaluated the credibility of several trial witnesses and admitted exhibits, and for reasons in today's accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED** we enter **partial judgment** in favor of the Defendants and against Plaintiffs on Counts I, II, and IV of the third amended Complaint (ECF No. 176) dismissing Plaintiffs' claims for declaratory relief and for contract damages.

KEARNEY, J.