IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, INC, BSI FINANCIAL HOLDINGS, INC., ENTRA SOLUTIONS PVT. LTD., and GAGAN SHARMA | : : : : : : | CIVIL ACTION |
| v. | : : | NO. 20-4661 |
| OKS GROUP, LLC, OKS GROUP INTERNATIONAL PVT. LTD., and VINIT KHANNA | : : : | |

# ORDER

**AND NOW**, this 23rd day of January 2024, upon reviewing the parties' Joint Statement (ECF No. 220) responsive to our January 2, 2024 Order (ECF No. 219) confirming they agree to the entry of final judgment disposing of all of Plaintiffs' claims given the parties agree the remaining fraud claim (Count III) is dependent upon a finding rejected as a matter of law and adduced evidence in our December 27, 2023 Order and Memorandum (ECF Nos. 217, 218) resulting in no remaining issues to be tried to a jury, it is **ORDERED**:

1. We enter **JUDGMENT** in favor of the Defendants and against the Plaintiffs on all Counts of the third amended Complaint (ECF No. 176);

2. We **vacate** the parties' prospective obligations under our January 2, 2024 Order (ECF No. 219); and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**